IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WINFIELD S. COPLEY,<br><br>                Defendant. | 4:02CR3126<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 96) is granted.

2) The Court's prior order, (Filing No. 95) is modified as follows: Upon defendant's anticipated completion of treatment at The Bridge on October 2, 2015, the defendant is permitted to transition to the Oxford House in Grand Island, Nebraska.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

September 23, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge